# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  6:08-cr-118-Orl-22DAB**

**JUDE LACOUR**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **UNITED STATES' MOTION FOR REPATRIATION AND RESTRAINING ORDER (Doc. No. 194)** |
| **FILED:** | **October 15, 2008** |

**THEREON** it is **RECOMMENDED** that the motion is **GRANTED** as unopposed.

Government is directed to submit a proposed order for the District Judge.

**DONE** and **ORDERED** in Orlando, Florida on this 10th day of November, 2008.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant