**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                     Case No.  6:08-cr-118-Orl-22DAB

**JUDE LACOUR**

_____

**ORDER**

This cause is before the Court on the United States' Motion for Repatriation and Restraining Order (Doc. No. 194) filed on October 15, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 10, 2008 (Doc. No. 211) is ADOPTED and CONFIRMED and made a part of this Order.

2. The United States' Motion for Repatriation and Restraining Order (Doc. No. 194) is GRANTED.

3. The Court will enter a separate Repatriation and Restraining Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2008.

Copies furnished to:

Counsel of Record
Pro Se Party
Magistrate Judge

ANNE C. CONWAY
United States District Judge

-2-

United States Marshals Service
United States Probation Office
United States Pretrial Services