DOWD, J.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) CASE NO. 6:08 CR 118 - DDD-DAB |
| Plaintiff, | ) |
| | ) |
| v. | ) <u>O R D E R</u> |
| | ) |
| Jude LaCour, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The defendant Jude LaCour, filed a motion on March 30, 2009, to dismiss based on speedy trial violations. See Docket No. 474.

On April 10, 2009, Magistrate Judge David Baker filed a Report and Recommendation, the thrust of which was to deny the motion to dismiss. See Docket No. 508.

No objection was filed to the Report and Recommendation.

The court has reviewed the Report and Recommendation, approves the same and adopts the Recommendation. The defendant's March 30, 2009 motion to dismiss is DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| June 18, 2009 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |